JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBUS UNIVERSITY; GRUPO VIGAMAR, INC.; CONSEJO ASOCIADO EDUCATIVO-CULTURAL COLUMBUS, S.A.; and JOAQUIN VILLAR-GARCIA,<br><br>　　　Plaintiffs.<br><br>　　vs.<br><br>PRABHAKAR TUMMALA; RAMACHANDRA RAO YALAMANCHILI; BIPIN MORARI; and COLUMBUS UNIVERSITY HEALTH SCIENCES U.S.A., INC.,<br><br>　　　Defendants. | Case No.  2:13-cv-05745-SVW (PLAx)<br><br>ORDER GRANTING  JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>Courtroom:　　10A<br><br>Judge:　　Hon. Stephen V. Wilson<br><br>Complaint filed:　　August 9, 2013<br>Pretrial Conference: March 7, 2022<br>Trial date:　　March 15, 2022 |

# ORDER

After reviewing the Parties' Joint Stipulation for Dismissal with Prejudice, the Court hereby GRANTS the dismissal of this matter with prejudice as to all Parties. The Court declines to retain jurisdiction over this matter, as retention of jurisdiction over an action to enforce a settlement agreement is not a decision that lies in the parties' hands.  Rather, it is a matter that lies solely within the Court's discretion.  *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381–82 (1994) (explaining retention of jurisdiction lies within courts discretion and absent an "independent basis for federal jurisdiction" or a "dismissal order . . . retain[ing] jurisdiction over the settlement agreement . . . enforcement of the settlement agreement is for state courts" by means of breach of contract action); *see also Davis v. Brown*, 706 F. App'x 49, 50–51 (2d Cir. 2017) ("Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure does not enable parties to obligate a court to retain [] jurisdiction [to enforce a settlement agreement].")

**IT IS SO ORDERED.**

Date: February 25, 2022

_____
Hon. Stephen V. Wilson
United States District Judge